No. 00–6636.  JOHNSON ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6640.  MEDINA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–6644.  CHANEY *v.* UNITED STATES POSTAL SERVICE. C. A. 7th Cir.  Certiorari denied.

No. 00–6645.  EDWARDS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–6646.  PARTON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6647.  MCHENRY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–6651.  CORRIGAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–6654.  DITTRICH *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–6655.  DORROUGH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–6656.  SANDERS *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 00–6657.  SIMPKINS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–6660.  RUELAS-ARREGUIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6661.  SOLIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6663.  RAY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6667.  MEDINA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–6669.  MAHLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.